## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| BRIAN HOUSTON, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>EQUIFAX INFORMATION SERVICES, )<br>LLC, TRANSUNION, LLC, HC CREDIT )<br>and KIA MOTORS FINANCE, )<br>)<br>)<br>    Defendants. )<br>                                                              ) | Case No. 1:20-CV-00249-SEB-TAB |

**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff and Defendant Equifax Information Services LLC ("Equifax"), by counsel, consent to an order by the Court that Defendant Equifax's time to answer, move, or otherwise respond to the Complaint in this action be extended through and including March 19, 2020, and that any such responsive pleading by that date shall be deemed timely filed.  The additional time will provide the parties with an opportunity to resolve the claims amicably.  No previous extension has been requested.

DATED: February 18, 2020.

*/s/ Travis W. Cohron*  
Travis W. Cohron, No. 29562-30  
CLARK,QUINN,MOSES,  
SCOTT & GRAHN, LLP  
320 N. Meridian Street, Suite 1100  
Indianapolis, IN 46204  
Telephone: (317) 637-1321  
Fax: (317) 687-2344  
tcohron@clarkquinnlaw.com  
*Attorney for Plaintiff*

*/s/ N. Charles Campbell*  
N. Charles Campbell  
Ga. Bar No. 210929  
*Charles.campbell@equifax.com*  
Legal Counsel - Litigation  
Equifax Legal Department  
1550 Peachtree Street  
Atlanta, Georgia  30309  
Ph. 404-885-8066  
*Attorney for Defendant Equifax Information Services LLC*

220324857                                        1

220324857