UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BRIAN HOUSTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-00249-SEB-TAB |
| | ) | |
| EQUIFAX INFORMATION SERVICES, LLC, | ) | |
| TRANSUNION, LLC, | ) | |
| HC CREDIT, | ) | |
| KIA MOTORS FINANCE, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MAY 21, 2020, TELEPHONIC STATUS CONFERENCE**

Parties appeared by counsel May 21, 2020, for a telephonic status conference.

Discussion was held regarding case status and settlement.  The Court ordered within 30 days:

(1) Plaintiff and Defendant Equifax shall file a stipulation of dismissal, or a status report on settlement; and

(2) Plaintiff shall seek an entry of default against Defendant HC Credit or move to dismiss any claims against HC Credit.

Date:  5/21/2020

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

All ECF-registered counsel of record via email